# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH CHISLEY,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1261** |
| **TERRY TERRELL, et al.,**<br>    Defendants | **SECTION: "E" (5)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly, **IT IS ORDERED** that the petition of Joseph N. Chisley, Jr. for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be and hereby is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this __29th__ day of July, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**